## EMMA F. NASH v. MINNEAPOLIS & ST. LOUIS RAILROAD COMPANY.[1]

January 21, 1916.

Nos. 19,705—(263).

Appeal from a judgment of the district court for Ramsey county in favor of plaintiff. Affirmed.

*W. H. Bremner* and *F. M. Miner*, for appellant.

*Barton & Kay*, for respondent.

PER CURIAM.

This case was before this court in the early part of the present term upon an appeal from an order denying a new trial. The decision upon that appeal may be found in 131 Minn. 166, 154 N. W. 957. When the case was remanded, judgment was entered upon the verdict as reduced. The present appeal is from that judgment, and by stipulation is submitted upon the briefs and arguments presented upon the former appeal. All the questions raised were considered and determined upon the former appeal, and for the reasons stated in the former decision the judgment is affirmed.

[1] Reported in 155 N. W. 1102.